IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| GREENSLEEVES PUBLISHING LIMITED, and MAURICE STARR MUSIC,<br><br>Plaintiffs,<br><br>vs.<br><br>IMAGINATION INDUSTRIES, INC., CASEY ROWE, and HUGH ABRAHAMSON,<br><br>Defendants. | 8:24CV400<br><br>ORDER ON JOINT MOTION FOR DISMISSAL OF DEFENDANT ABRAHAMSON |

This case is before the Court on the Joint Motion for Dismissal of Defendant Hugh Abrahamson Only Without Prejudice filed by Plaintiffs and Defendant Abrahamson. Filing 11. The parties request an order dismissing this case without prejudice against defendant Hugh I. Abrahamson only. Filing 11 at 1. Accordingly,

IT IS ORDERED that the Joint Motion for Dismissal of Defendant Hugh Abrahamson Only Without Prejudice filed by Plaintiffs and Defendant Abrahamson, Filing 11, is granted, and this case is dismissed without prejudice as to Defendant Abrahamson only.

Dated this 22nd day of October, 2024.

BY THE COURT:

_____
Brian C. Buescher
United States District Judge

1